In the Matter of the Claim of ELSIE MILLER, Respondent, against THE CITY OF NEW YORK, Appellant. STATE INDUSTRIAL BOARD, Respondent.

Argued February 27, 1940; decided March 15, 1940.

*William C. Chanler, Corporation Counsel* (*Stanley Buchsbaum* and *Samuel A. Bloom* of counsel), for appellant.

*John J. Bennett, Jr., Attorney-General* (*Roy Wiedersum* and *Joseph A. McLaughlin* of counsel), for State Industrial Board, respondent.

Order of Appellate Division and award of State Industrial Board reversed on the ground that upon this record there is not sufficient evidence to sustain the award, and the matter remitted to the State Industrial Board for further hearing, without costs. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.